


# Certificate of Registration

This Certificate issued under the seal of the Copyright Office in accordance with title 17, United States Code, attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.

*Marybeth Peters*

Register of Copyrights, United States of America

**Form VA**
For a Work of the Visual Arts
UNITED STATES COPYRIGHT OFFICE

VAu 617-323

REGISTRATION
JAN 27 2004

SEPARATE CONTINUATION SHEET

**1** Title of This Work ▼: "MONKEY FUCKING A FOOTBALL"
Nature of This Work ▼: FABRIC DESIGN

Previous or Alternative Titles ▼

Publication as a Contribution...

**2** NAME OF AUTHOR ▼: a  LISA GAYLE FOX
DATES OF BIRTH AND DEATH — Year Born ▼ 1963   Year Died ▼

Was this contribution to the work a "work made for hire"?  ☐ Yes   ☒ No
Author's Nationality or Domicile — Citizen of UNITED STATES
Was This Author's Contribution to the Work:
Anonymous? ☐ Yes ☒ No
Pseudonymous? ☐ Yes ☒ No

Nature of Authorship:
☒ 2-Dimensional artwork
☐ 3-Dimensional sculpture
☐ Reproduction of work of art
☐ Map
☐ Photograph
☐ Jewelry design
☐ Technical drawing
☐ Text
☐ Architectural work

b  Name of Author ▼ (blank)

**3** a Year in Which Creation of This Work Was Completed: 2000
b Date and Nation of First Publication of This Particular Work: (blank)

**4** COPYRIGHT CLAIMANT(S)
LISA GAYLE FOX
4520 SE 44TH AVENUE
PORTLAND, OREGON 97206

APPLICATION RECEIVED JAN 27 2004
ONE DEPOSIT RECEIVED JAN 27 2004
TWO DEPOSITS RECEIVED
FUNDS RECEIVED

MORE ON BACK ▶

EXAMINED BY

CHECKED BY

☐ CORRESPONDENCE
  Yes

FORM VA

FOR
COPYRIGHT
OFFICE
USE
ONLY

DO NOT WRITE ABOVE THIS LINE. IF YOU NEED MORE SPACE, USE A SEPARATE CONTINUATION SHEET.

**PREVIOUS REGISTRATION** Has registration for this work, or for an earlier version of this work, already been made in the Copyright Office?
☐ Yes  ☒ No  If your answer is "Yes," why is another registration being sought? (Check appropriate box.) ▼
a. ☐ This is the first published edition of a work previously registered in unpublished form.
b. ☒ This is the first application submitted by this author as copyright claimant.
c. ☐ This is a changed version of the work, as shown by space 6 on this application.
If your answer is Yes, give: Previous Registration Number ▼          Year of Registration ▼

**5**

**DERIVATIVE WORK OR COMPILATION** Complete both space 6a and 6b for a derivative work; complete only 6b for a compilation.
a. Preexisting Material Identify any preexisting work or works that this work is based on or incorporates. ▼

**6**

See instructions
before completing
this space

b. Material Added to This Work Give a brief, general statement of the material that has been added to this work and in which copyright is claimed. ▼

**DEPOSIT ACCOUNT** If the registration fee is to be charged to a Deposit Account established in the Copyright Office, give name and number of Account.
Name ▼                                                                 Account Number ▼

**7**

**CORRESPONDENCE** Give name and address to which correspondence about this application should be sent. Name/Address/Apt/City/State/ZIP ▼

LISA GAYLE FOX
4520 SE 44TH AVENUE
PORTLAND, OREGON 97206

Area code and daytime telephone number  (603) 772-4801        Fax number  ( ) N/A
Email  LISA_JETTA@HOTMAIL.COM

**CERTIFICATION*** I, the undersigned, hereby certify that I am the
check only one ▶
☒ author
☐ other copyright claimant
☐ owner of exclusive right(s)
☐ authorized agent of _____
    Name of author or other copyright claimant, or owner of exclusive right(s) ▲

of the work identified in this application and that the statements made by me in this application are correct to the best of my knowledge.

**8**

Typed or printed name and date ▼ If this application gives a date of publication in space 3, do not sign and submit it before that date.
LISA GAYLE FOX                                                Date  1-18-04

Handwritten signature (X) ▼
X  _Lisa Gayle Fox_

Certificate will be mailed in window envelope to this address

Name ▼
LISA GAYLE FOX
Number/Street/Apt ▼
4520 SE 44TH AVENUE
City/State/ZIP ▼
PORTLAND OREGON 97206

• Complete all necessary spaces
• Sign your application in space 8

1. Application form
2. Nonrefundable filing fee in check or money order payable to Register of Copyrights
3. Deposit material

Library of Congress
Copyright Office
101 Independence Avenue S.E.
Washington, D.C. 20559-6000

**9**

17 U.S.C. § 506(e): Any person who knowingly makes a false representation of a material fact in the application for copyright registration provided for by section 409, or in any written statement filed in connection with the application, shall be fined not more than $2,500.