**IN THE UNITED STATES DISTRICT COURT**

**FOR THE DISTRICT OF OREGON**

| | |
|---|---|
| **LISA FOX**, <br><br>        Plaintiff, <br><br>    v. <br><br>**MICHAEL BERENIS, BOOTAHOLICS, INC., and BIG FROG CUSTOM T-SHIRTS, INC.**, <br><br>        Defendants. | Case No. 3:17-cv-2066-SI <br><br>**JUDGMENT** |

        Based on the Court's OPINION AND ORDER dated December 3, 2018,

        **IT IS ADJUDGED** that this case is DISMISSED. The Court, however, retains jurisdiction to enforce the Settlement Agreement reached among Plaintiff and Defendants Michael Berenis and Bootaholics, Inc.

        DATED this 3rd day of December, 2018.

                                      /s/ *Michael H. Simon* <br>
                                      Michael H. Simon <br>
                                      United States District Judge